**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1197**

TOI HORN,

Debtor - Appellant,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"),

Creditor - Appellee,

STEVEN H. GREENFELD,

Trustee - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:19-cv-00046-PWG)

Submitted: October 14, 2020                    Decided: October 22, 2020

Before AGEE and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Toi Horn, Appellant Pro Se. Elizabeth Marian Abood-Carroll, Troy, Michigan, Alyssa Lynn Szymczyk, ORLANS, PC, Leesburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toi Horn appeals the district court's orders: (1) affirming the bankruptcy court's order lifting the automatic stay in Horn's Chapter 7 proceeding, and (2) denying her motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Horn v. Fed. Nat'l Mortg. Assoc.*, No. 8:19-cv-00046-PWG (D. Md. Sept. 27, 2019; Jan. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*